UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LEWIS AND CLARK MARINE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:11-CV-1928-JAR |
| ) | |
| MICHAEL GOGGIN, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion to Dismiss. [ECF No. 21] Plaintiff filed its response to Defendant's motion, stating that because Defendant has expressed an intent to pursue a state court claim in which issues regarding Plaintiff's obligation to pay maintenance and cure can be litigated, it does not oppose Defendant's motion to dismiss. (Doc. No. 23)

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss [21] is **GRANTED**. A separate Order of Dismissal accompanies this Memorandum and Order.

Dated this 28th day of February, 2013.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE